**Opinion issued December 3, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-13-00710-CV**

————————————

**IN THE INTEREST OF J.J.J., S.D.J., AND N.R.J, Children**

On Appeal from the 314th District Court
Harris County, Texas
Trial Court Case No. 2012-03856J

## MEMORANDUM OPINION

Appellant, S.J., has filed an agreed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.